1  SHANNON L. GUSTAFSON –SBN 228856
   sgustafson@lynberg.com
2  TINA A. SAPOUNAKIS – SBN 294371
   tsapounakis@lynberg.com
3  **LYNBERG & WATKINS**
   A Professional Corporation
4  1100 Town & Country Road, Suite 1450
   Orange, California 92868
5  (714) 937-1010 Telephone
   (714) 937-1003 Facsimile
6
7  Attorneys for COUNTY OF SAN BERNARDINO AND CAPTAIN JEFF ROSE

8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  DEANDRA THOMAS, an individual; RASHAD DAVIS SR., an individual, | CASE NO. 5:15-cv-02323-VAP-SP |
| 12 | *Assigned for All Purposes to:* *Hon. Virginia A. Phillips – Crtrm 2* |
| 13         Plaintiff, | |
| 14 | ***[Discovery Matter for Review by Magistrate Sheri Pym]*** |
| 15     vs. | |
| 16  COUNTY OF SAN BERNARDINO; CAPTAIN JEFF ROSE in his | **ORDER TO STIPULATION AND ORDER FOR PROTECTIVE** |
| 17  individual capacity; and DOES 1-10, inclusive,, | **ORDER** |
| 18 | |
| 19         Defendant. | |

1
**ORDER TO STIPULATION AND ORDER FOR PROTECTIVE ORDER**

## ORDER

Pursuant to the Stipulation of the Defendants, COUNTY OF SAN BERNARDINO and CAPTAIN JEFF ROSE (hereinafter collectively referred to as "Defendants"), by and through their attorneys of record, Lynberg & Watkins, a professional corporation, and Plaintiffs, DEANDRA THOMAS and RASHAD DAVIS SR. (hereinafter collectively referred to as "Plaintiffs"), by and through their attorneys of record, Law Offices of Dale K. Galipo and Law Offices of Peter Goldstein, dated April 13, 2016, and good cause appearing, the Court adopts the parties' Stipulation as its Order. The Court's Protective Order shall be in effect as of April 20, 2016.

**IT IS SO ORDERED.**

DATED: April 20, 2016

By: _____
HON. SHERI PYM